**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


BENNIE PINO,

     Petitioner,

vs.                                      No. CV 18-00565 KG/GJF

MESCALERO TRIBAL COURT,

     Respondent.


## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus filed by Petitioner Bennie Pino (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus filed by Petitioner Bennie Pino (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE